**LAZARUS & LAZARUS, P.C.**
COUNSELLORS AT LAW

240 MADISON AVENUE 8ᵀᴴ FL.
NEW YORK, N.Y. 10016

TEL: 212-889-7400
FAX: 212-684-0314

September 2, 2025

*Via ECF To:*
**Honorable Paul G. Gardephe**
United States District Court
Southern District of New York

Re:   **In re Jocelyne Wildenstein Case No. 21-cv-4230-PGG**

Judge Gardephe:

  We represent Regal Jewelry in the above referenced appeal. We write to respectfully request an adjournment of the Court conference currently scheduled for October 14, 2025.

  We will be unavailable on October 14 due to the observance of the Jewish holiday of Sukkot/Shemini Atzeret. We respectfully request an adjournment by approximately one to two weeks on account of the holiday taking place on October 14-15, 2025. I have conferred with opposing counsel, and they consent to this adjournment request. All parties are available on October 23, 2025 or October 30, 2025, both of which are Thursdays.

  Accordingly, I respectfully request that the Court adjourn the October 14, 2025 conference to either October 23, 2025 or October 30, 2025, or to such other date as is convenient for the Court. We also respectfully request that the conference take place by telephonic or virtual means.

  Thank you for the Court's consideration.

Respectfully,

Yvette J. Sutton, Esq.

Cc: All counsel of record (via ECF)

**MEMO ENDORSED:**
The application is granted. The conference currently scheduled for October 14, 2025, is adjourned to **October 23, 2025, at 2:00 p.m.**

SO ORDERED.

Paul G. Gardephe
United States District Judge

Dated: September 3, 2025